UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**MELLINGER, SANDERS & KARTZMAN LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
(973) 267-0220
Attorneys for Trustee, Steven P. Kartzman

Order Filed on October 3, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**MICHAEL BRUDNY,**

                **Debtor.**

Case No. 16-28492-RG

Chapter 7

Hearing Date:   10/2/2018

Judge: Honorable Rosemary Gambardella

## ORDER GRANTING ALLOWANCES

The relief set forth on the following pages, number two (2) is hereby **ORDERED**.

**DATED: October 3, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

(Page 2)

Debtor: Michael Brudny

Case No.: 16-28492-RG

Caption of Order: Order Granting Allowances

_____

The Court finds that the persons named below filed applications for allowances; notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good shown,

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
|---|---|---|
| Mellinger, Sanders & Kartzman LLC | $9,007.50 | $0 |