UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**MELLINGER, SANDERS & KARTZMAN LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
(973) 267-0220
Attorneys for Trustee, Steven P. Kartzman

Order Filed on October 3, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**MICHAEL BRUDNY,**

               **Debtor.**

Case No. 16-28492-RG

Chapter 7

Hearing Date: 10/2/2018

Judge: Honorable Rosemary Gambardella

### ORDER GRANTING ALLOWANCES

    The relief set forth on the following pages, number two (2)  is hereby **ORDERED**.

**DATED: October 3, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

(Page 2)

Debtor: Michael Brudny

Case No.: 16-28492-RG

Caption of Order: Order Granting Allowances

The Court finds that the persons named below filed applications for allowances; notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good shown,

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
|---|---|---|
| Mellinger, Sanders & Kartzman LLC | $9,007.50 | $0 |

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-28492-RG
Michael Brudny                                                          Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Oct 03, 2018
                              Form ID: pdf903          Total Noticed: 2

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2018.
db             #+Michael Brudny,   9 Craig Place,   Pompton Lakes, NJ 07442-2407
aty             +Mellinger, Sanders & Kartzman, LLC,   101 Gibraltar Drive,   Morris Plains, NJ 07950-1287

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2018 at the address(es) listed below:

```
          Andrea  Dobin    on behalf of Creditor James  Brudny, Jr. adobin@msbnj.com
          Joseph R Zapata, Jr.    on behalf of Trustee Steven P. Kartzman jzapata@msklaw.net
          Rebecca Ann Solarz    on behalf of Creditor    Wilimington Trust, National Association, as
           successor Trustee to Ciitibank, N.A. as Trustee of Structured Asset Mortgage Investments II Inc.,
           Bear Stearns ARM Trust, Mortgage Pass-Through Certificates rsolarz@kmllawgroup.com
          Robert J. Stack    on behalf of Debtor Michael  Brudny robstackbankruptcy@yahoo.com,
           robjstack@aol.com
          Steven P. Kartzman    on behalf of Attorney    Mellinger, Sanders & Kartzman, LLC
           kartztee@optonline.net,   jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
          Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
           jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
          Steven P. Kartzman    kartztee@optonline.net,
           jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
                                                                                             TOTAL: 7
```