| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>STEVEN P. KARTZMAN<br>MELLINGER, SANDERS & KARTZMAN<br>101 GIBRALTAR DRIVE<br>SUITE 2F<br>MORRIS PLAINS, NJ  07950<br>Chapter 7 Trustee |
| In Re:<br><br>BRUDNY, MICHAEL<br>SS #xxx-xx-9649 |

Order Filed on September 12, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-28492

Hearing Date: 9/10/2019

Judge: ROSEMARY GAMBARDELLA

ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: September 12, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**Page 2**
Debtor: BRUDNY, MICHAEL
Case No.: 16-28492/RG
Caption of Order: Order Awarding Trustee's Compensation and Expenses

---

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $ 3,400.00 is reasonable compensation for the services in this case by STEVEN P. KARTZMAN, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $0.00 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.